UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24387-Civ-COOKE

WINDY LUCIUS,

    Plaintiff,

vs.

TWEEN BRANDS, INC.,
doing business as JUSTICE,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 5. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 29th day of October 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*